UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JACQUELINE P MARKRAY                           CIVIL ACTION NO. 20-cv-1114

VERSUS                                         JUDGE ELIZABETH E. FOOTE

STATE FARM MUTUAL AUTOMOBILE                   MAGISTRATE JUDGE HORNSBY
INSURANCE CO

**MEMORANDUM ORDER**

The Notice of Removal alleges that the plaintiff resides in Webster Parish so is a citizen of Louisiana.  But it is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'"  Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019).  Plaintiff's petition alleges that she is "a resident of and is domiciled in" Louisiana, so the petition provides the fact needed to meet the defendant's removal burden of alleging the plaintiff's citizenship.

Based on that and the allegations in the notice of removal, the court makes a preliminary finding of subject matter jurisdiction based on 28 U.S.C. § 1332.  This finding is subject to reconsideration sua sponte or if jurisdiction is challenged by a motion.

THUS DONE AND SIGNED in Shreveport, Louisiana, this  28th day of August, 2020.

Mark L. Hornsby
U.S. Magistrate Judge